# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MUNYORORO,<br><br>                            Petitioner,<br>v.<br>R. JHILL, Warden, et al.,<br><br>                          Respondents. | Case No.: 19cv0199 WQH (BGS)<br><br>**ORDER: (1) CONSTRUING PETITION AS ONE FILED PURSUANT TO 28 U.S.C. § 2254; and (2) DISMISSING CASE AS DUPLICATIVE OF 18cv0458 BAS (KSC)** |

      Petitioner, as state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis.

**CONSTRUING PETITION AS ONE FILED PURSUANT TO 28 U.S.C. § 2254**

      Although Petitioner filed this action pursuant to 28 U.S.C. § 2241, he is a state prisoner attacking the validity of a state court conviction and sentence imposed by the state of California. Therefore, Petitioner may not proceed under 28 U.S.C. § 2241, but may only proceed with a habeas action in federal court under 28 U.S.C. § 2254. *White v. Lambert*, 370 F.3d 1002, 1006-07 (9th Cir. 2004) (holding that § 2254 is the proper jurisdictional basis for a habeas petition brought by an individual "in custody pursuant to a state court judgment"). Section 2254 is properly understood as "in effect implement[ing] the general grant of habeas corpus authority found in § 2241 as long as

the person is in custody pursuant to the judgment of a state court, and not in state custody for some other reason, such as pre-conviction custody, custody awaiting extradition, or other forms of custody that are possible without a conviction." [citations omitted.] *Id*. at 1006 (quoting *Walker v. O'Brien*, 216 F.3d 626, 633 (7th Cir. 2000) (emphasis in original). Accordingly, the Court **CONSTRUES** the petition as one filed pursuant to 28 U.S.C. § 2254. The Clerk of Court is directed to modify the docket accordingly.

## THE PETITION IS DISMISSED AS DUPLICATIVE

The Court may dismiss a duplicative petition as frivolous if it "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citations omitted). Here, Petitioner has filed two petitions with this Court which contain the same claims. The Petition in this case, filed on January 28, 2019, contains the same claims as a petition filed by Petitioner on June 1, 2018, and given case number 18cv0458 BAS (KSC). The petition in that case was dismissed on January 2, 2019. (*See* Order in S.D. Cal. case no. 18cv0458 BAS (KSC), ECF No. 14.)

Based on the foregoing, the Court **DISMISSES** this case because the Petition in this case is duplicative of that filed in case number 18cv0458 BAS (KSC). The Clerk will close the file.

Dated: February 7, 2019

Hon. William Q. Hayes
United States District Court